**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEITH N. MCKNIGHT,**

    **Plaintiff,**

**v.**                                    **CASE NO.: 6:22-CV-000622-PGB-RMN**

**UNITED PARCEL SERVICE,**
**INC.**

    **Defendant.**
_____/

**DEFENDANT'S *UNOPPOSED* MOTION TO PERMIT**
**ITS TRIAL COUNSEL, LEGAL STAFF, REPRESENTATIVES,**
**AND WITNESSES TO USE ELECTRONIC DEVICES DURING TRIAL**

Defendant, United Parcel Service, Inc. ("Defendant" or "UPS"), pursuant to General Order 6:13-MC-94-orl-22, moves for an Order permitting its trial counsel, legal staff, corporate representatives, and witnesses to bring electronic devices (*i.e.*, laptop computer and charger, mouse, portable printer and associated cables, and/or cellular phone and charger) into the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, and use them during trial. In support thereof UPS states as follows.

1.    This case is special set for a four-day jury trial set to begin on June 4, 2024, at 9 a.m. (D.E. 82).

2.    UPS hereby moves the Court to permit trial counsel, its legal staff,

corporate representatives, and witnesses to bring and use electronic devices during the trial of the case.

3. UPS' trial counsel consists of Sherril M. Colombo and Mikayla E. Almeida, and paralegal Ryan J. Lowe, all of whom will be present for trial. UPS respectfully requests Ms. Colombo and Ms. Almeida be permitted to bring a laptop computer and charger, mouse, cellular phone, and charger into the courthouse throughout the duration of trial. UPS further requests Mr. Lowe be permitted to bring a laptop computer and charger, mouse, portable printer and associated cable (*i.e.*, cable connecting printer to laptop and cable connecting printer to power), and a cellular phone and charger into the courthouse throughout the duration of the trial.

4. Additionally, UPS' in-house legal counsel Mariana Griffiths (Legal Manager, Employment Litigation – East Region, UPS' Legal Department) and corporate representative Michael Alberni (UPS Package Division Manager), will be present throughout trial. UPS respectfully requests Ms. Griffiths and Mr. Alberni, each, be permitted to bring a laptop computer and charger, mouse, and a cellular phone and charger into the courthouse throughout the duration of the trial.

5. UPS also intends to call the following witnesses at trial: Nicole Strickland (UPS Business Manager); Roy French (UPS Florida Labor Relations Manager), John Slattery (UPS Florida District Labor Manager), Jill Cutaiar (UPS Occupational Health Manager), Vanessa Foreman Boyd (UPS Employee Relations

Investigator), Dave Concannon (International Brotherhood of Teamsters Business Agent), and Patricia Farrar (UPS Clinical Account Consultant) and/or a Representative of Aetna Behavioral Health, LLC, and Jason Andrise (UPS Security Director – Ethics and HR Investigations). Accordingly, UPS respectfully requests these witnesses be permitted to bring a cellular phone and charger into the courthouse throughout the duration of the trial.

6.    Good cause exists for relief because it will allow UPS' trial counsel, legal staff, and representatives to use electronic devices for trial organization and presentation purposes. Moreover, it will allow UPS to conduct routine trial functions in an expedient manner, including reviewing transcripts, using exhibits, and preparing demonstrative aid.

7.    With respect to UPS' witnesses, good cause exists for the relief because it will allow UPS to expeditiously coordinate the appearance of witnesses, which maximizes efficiency and minimizing delay.

8.    This motion will not prejudice either party, as evidenced by its unopposed nature, nor will it delay or disrupt any portion of the trial.

WHEREFORE, UPS respectfully requests the Court allow UPS' trial counsel (Ms. Colombo and Ms. Almeida), legal staff (Mr. Lowe), its representatives (Ms. Griffiths and Mr. Alberni), and witnesses (Ms. Strickland, Mr. French, Mr. Slattery, Ms. Cutaiar, Ms. Foreman Boyd, Ms. Farrar and/or Representative of Aetna

Behavioral Health, LLC, and Mr. Andrise) to bring certain electronic devices (*i.e.*, a laptop computer and charger, mouse, portable printer and associated cables, and cellular phone and charger) as outlined above, through the security checkpoint of the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, and grant such further relief as it deems just and proper.

**<u>RULE 3.01(g) CERTIFICATION</u>**

The undersigned counsel certifies they conferred with counsel for Plaintiff and that Counsel for Plaintiff does not oppose the relief sought herein.

Dated: May 13, 2024                              Respectfully submitted,

                                                 **LITTLER MENDELSON, P.C.**

                                                 */s/ Sherril M. Colombo*
                                                 Sherril May Colombo
                                                 Florida Bar No.: 948799
                                                 Email: scolombo@littler.com
                                                 LEAD COUNSEL
                                                 Wells Fargo Center
                                                 333 SE 2nd Ave, Suite 2700
                                                 Miami, FL 33131
                                                 Telephone:  (305) 400-7559
                                                 Facsimile:   (305) 675-7746

                                                 Mikayla E. Almeida
                                                 Florida Bar. No.: 1030729
                                                 Email: malmeida@littler.com
                                                 111 North Orange Ave., Suite 1750
                                                 Orlando, FL 32801
                                                 Telephone:  407.393.2900
                                                 Facsimile:  407.393.2929

                                                 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

                                                 */s/ Sherril M. Colombo*
                                                 Sherril M. Colombo

4879-3899-5133.1 / 110830-1052

5