# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEITH N. MCKNIGHT,

      **Plaintiff,**

v.                                                        **Case No: 6:22-cv-622-PGB-RMN**

UNITED PARCEL SERVICE,
INC.,

      **Defendant.**

_____/

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to Permit Its Trial Counsel, Legal Staff, Representatives, and Witnesses to Use Electronic Devices During Trial. (Doc. 93 (the "**Motion**")). Upon consideration, the Motion is due to be granted in part and denied in part.

The Court hereby **GRANTS** the Motion as to the following people:

1.     Ryan J. Lowe – Laptop computer with charger, mouse, portable printer, connecting cable, cell phone, and charger.

2.     Mariana Griffiths – Laptop computer with charger, mouse, and cell phone with charger.

3.     Michael Alberni – Laptop computer with charger, mouse, and cell phone with charger.

4.     Nicole Strickland, Roy French, John Slattery, Jill Cutaiar, Vanessa Foreman Boyd, Dave Concannon, Patricia Farrar, Jason Andrise – Cell phone and charger.

The Court **DENIES** the request to allow Defendant's unnamed representative of Aetna Behavioral Health, LLC to bring a cell phone with charger into the courthouse. This representative must be listed in a separate motion with his or her name included in order to receive permission to bring electronic equipment into the courthouse.

As for trial counsel, pursuant to the Civil Pretrial Order, the parties are not required to submit requests for trial counsel's electronic equipment. (Doc. 82, p. 6).

All parties listed within this Order shall present a copy of this Order to courthouse security each time they enter the courthouse with the electronic equipment specified above. In their discretion, courthouse security personnel may require the parties to present photographic identification at the time of entry. The equipment specified above is the only equipment permitted by this Order and is subject to inspection at any time by courthouse security personnel. This Order shall be effective during the trial scheduled to begin Tuesday, June 4, 2024.

**DONE AND ORDERED** in Orlando, Florida on May 14, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record