# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KEITH N. MCKNIGHT,**

> **Plaintiff,**

**v.**                                                         **CASE NO.: 6:22-CV-000622-PGB-RMN**

**UNITED PARCEL SERVICE**,
**INC.**

> **Defendant.**

_____/

### DEFENDANT'S *UNOPPOSED* MOTION TO PERMIT
### IN-HOUSE LEGAL COUNSEL AITEN MCPHERSON
### TO USE ELECTRONIC DEVICES DURING TRIAL

Defendant, United Parcel Service, Inc. ("Defendant" or "UPS"), pursuant to General Order 6:13-MC-94-orl-22, moves for an Order permitting its in-house legal counsel, Aiten McPherson, to bring electronic devices (*i.e.*, laptop computer and charger, mouse, and cellular phone and charger) into the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, and use them during trial. In support thereof UPS states as follows.

1.     This case is special set for a four-day jury trial set to begin on June 4, 2024, at 9 a.m. (D.E. 82).

2.     UPS hereby moves the Court to permit its in-house legal counsel, Aiten McPherson (Sr. Director & Associate General Counsel, Employment Litigation),

1

who will be present throughout trial, to bring certain electronic equipment into the courthouse. Specifically, UPS respectfully requests Ms. McPherson be permitted to bring a laptop computer and charger, mouse, and a cellular phone and charger into the courthouse throughout the duration of the trial.

3.      Good cause exists for relief because it will allow UPS' legal counsel to use electronic equipment for trial organization including allowing UPS to expeditiously coordinate the appearance of witnesses, which maximizes efficiency and minimizing delay.

4.      This motion will not prejudice either party, as evidenced by its unopposed nature, nor will it delay or disrupt any portion of the trial.

WHEREFORE, UPS respectfully requests the Court allow UPS' in-house counsel, Aiten McPherson, to bring certain electronic devices (*i.e.*, a laptop computer and charger, mouse, and cellular phone and charger), through the security checkpoint of the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, and grant such further relief as it deems just and proper.

## RULE 3.01(g) CERTIFICATION

The undersigned counsel certifies she has conferred with counsel for Plaintiff and that Counsel for Plaintiff does not oppose the relief sought herein.

Dated: May 22, 2024                        Respectfully submitted,

                                           **LITTLER MENDELSON, P.C.**

                                           ***/s/ Sherril M. Colombo***
                                           Sherril May Colombo
                                           Florida Bar No.: 948799
                                           Email: scolombo@littler.com
                                           LEAD COUNSEL
                                           Wells Fargo Center
                                           333 SE 2nd Ave, Suite 2700
                                           Miami, FL 33131
                                           Telephone:  (305) 400-7559
                                           Facsimile:   (305) 675-7746

                                           Mikayla E. Almeida
                                           Florida Bar. No.: 1030729
                                           Email: malmeida@littler.com
                                           111 North Orange Ave., Suite 1750
                                           Orlando, FL 32801
                                           Telephone:  407.393.2900
                                           Facsimile:  407.393.2929

                                           *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

                                           ***/s/ Sherril M. Colombo***
                                           Sherril M. Colombo

4865-0447-4817.1 / 110830-1052

3