**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEITH N. MCKNIGHT,**

    **Plaintiff,**

**v.**                                  **CASE NO.: 6:22-CV-000622-PGB-RMN**

**UNITED PARCEL SERVICE,**
**INC.**

    **Defendant.**

_____/

**DEFENDANT'S _UNOPPOSED_ MOTION TO**
**PERMIT RYAN J. LOWE TO BRING AND USE**
**ELECTRONIC DEVICES INTO COURTROOM ON MAY 28, 2024**

Defendant, United Parcel Service, Inc. ("Defendant" or "UPS"), pursuant to General Order 6:13-MC-94-orl-22, moves for an Order permitting Ryan J. Lowe, to bring electronic devices (_i.e._, two laptop computers with two corresponding charging cables, a mouse, a connecting cable, and a cell phone) into the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, on May 28, 2024 to test the electronic equipment and ensure its compatibility with the courtroom's technology. In support thereof UPS states as follows.

1.     This case is special set for a four-day jury trial set to begin on June 4, 2024, at 9 a.m. (D.E. 82).

2.     UPS intends to use certain electronic equipment at trial and hereby

1

moves the Court to permit its Ryan J. Lowe to bring and use certain electronic devices during the appointment to test the electronic equipment scheduled for May 28, 2024, at 3:30 PM.

3.      Specifically, UPS' respectfully requests that Ryan J. Lowe be permitted to bring two laptop computers with two corresponding charging cables, a mouse, a connecting cable, and a cell phone, into the courthouse on May 28, 2024, at 3:30 PM.

4.      Good cause exists for relief because UPS intends to use the electronic devices requested during trial for routine trial functions including presenting exhibits. Allowing UPS the opportunity to test its electronic equipment to ensure it is compatible with the courtroom's technology in advance of trial will maximize efficiency and minimize delay.

5.      This motion will not prejudice either party, as evidenced by its unopposed nature, nor will it delay or disrupt any portion of the trial.

WHEREFORE, UPS respectfully requests the Court allow Ryan J. Lowe to bring two laptop computers with corresponding charging cables, a mouse, a connecting cable, and a cell phone through the security checkpoint of the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, on May 28, 2024, and grant such further relief as it deems just and proper.

2

## RULE 3.01(g) CERTIFICATION

The undersigned counsel certifies they conferred with counsel for Plaintiff

and that Counsel for Plaintiff does not oppose the relief sought herein.

Dated: May 24, 2024                          Respectfully submitted,

                                    **LITTLER MENDELSON, P.C.**

                                    */s/ Sherril M. Colombo*
                                    Sherril May Colombo
                                    Florida Bar No.: 948799
                                    Email: scolombo@littler.com
                                    LEAD COUNSEL
                                    Wells Fargo Center
                                    333 SE 2nd Ave, Suite 2700
                                    Miami, FL 33131
                                    Telephone:  (305) 400-7559
                                    Facsimile:   (305) 675-7746

                                    Mikayla E. Almeida
                                    Florida Bar. No.: 1030729
                                    Email: malmeida@littler.com
                                    111 North Orange Ave., Suite 1750
                                    Orlando, FL 32801
                                    Telephone:  407.393.2900
                                    Facsimile:  407.393.2929
                                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

                                    */s/ Sherril M. Colombo*
                                    Sherril M. Colombo

4876-7255-4689.1 / 110830-1052

3