UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH N. MCKNIGHT,

    **Plaintiff,**

v.                               **CASE NO.: 6:22-CV-000622-PGB-RMN**

UNITED PARCEL SERVICE,
INC.

    **Defendant.**

_____/

### DEFENDANT'S *UNOPPOSED* MOTION TO PERMIT RYAN J. LOWE TO BRING AND USE <u>ADDITIONAL ELECTRONIC DEVICES DURING TRIAL</u>

Defendant, United Parcel Service, Inc. ("Defendant" or "UPS"), pursuant to General Order 6:13-MC-94-orl-22, moves for an Order permitting Ryan J. Lowe, to bring additional electronic devices (*i.e.*, a second laptop computer with a charging cable and a portable wireless Wi-Fi device) into the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, and use them during trial. In support thereof UPS states as follows.

1.    This case is special set for a four-day jury trial set to begin on June 4, 2024, at 9 a.m. (D.E. 82).

2.    On May 14, 2024, the Court entered an order partially granting UPS' Unopposed Motion to Permit Its Trial Counsel, Legal Staff, Representatives, And

Witnesses To Use Electronic Devices During Trial. (D.E. 94) ("5/14/24 Order"). In the 5/14/24 Order, the Court permitted UPS' legal staff, paralegal Ryan J. Lowe, to bring and use the following electronic equipment at trial: "[l]aptop computer with charger, mouse, portable printer, connecting cable, cell phone, and charger." *Id.*

3.      UPS now hereby moves the Court to permit Ryan J. Lowe to bring and use additional electronic devices during the trial of the case.

4.      Specifically, UPS' respectfully requests that, in addition to the equipment specified in the 5/14/24 Order, paralegal Ryan J. Lowe—whom will be present for trial—be permitted to bring a second laptop computer with a charger and a portable wireless Wi-Fi device into the courthouse throughout the duration of trial.

5.      Good cause exists for relief because the additional electronic devices requested for Ryan J. Lowe will aid UPS' counsel with trial organization. Moreover, it will allow UPS to conduct routine trial functions in an expedient manner, including reviewing transcripts, and using exhibits, which maximizes efficiency and minimizing delay.

6.      This motion will not prejudice either party, as evidenced by its unopposed nature, nor will it delay or disrupt any portion of the trial.

WHEREFORE, UPS respectfully requests the Court allow UPS' legal staff, Ryan J. Lowe, to bring a second laptop computer with a charger and a portable wireless Wi-Fi device, in addition to the electronic equipment Ryan J. Lowe was

permitted to utilize as specified in the 5/14/24 Order (*i.e.*, laptop computer with charger, mouse, portable printer, connecting cable, cell phone, and charger), through the security checkpoint of the George C. Young Federal Annex Courthouse, located at 401 West Central Boulevard, Orlando, Florida 32801, and grant such further relief as it deems just and proper.

**RULE 3.01(g) CERTIFICATION**

The undersigned counsel certifies they conferred with counsel for Plaintiff and that Counsel for Plaintiff does not oppose the relief sought herein.

Dated: May 24, 2024                    Respectfully submitted,

**LITTLER MENDELSON, P.C.**
*/s/ Sherril M. Colombo*
Sherril May Colombo
Florida Bar No.: 948799
Email: scolombo@littler.com
LEAD COUNSEL
Wells Fargo Center
333 SE 2nd Ave, Suite 2700
Miami, FL 33131
Telephone:  (305) 400-7559
Facsimile:   (305) 675-7746

Mikayla E. Almeida
Florida Bar. No.: 1030729
Email: malmeida@littler.com
111 North Orange Ave., Suite 1750
Orlando, FL 32801
Telephone:  (407) 393-2900
Facsimile:  (407) 393-2929
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

*/s/ Sherril M. Colombo*

Sherril M. Colombo

4853-9406-4577.1 / 110830-1052