**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEITH N. MCKNIGHT,**

      **Plaintiff,**

**v.**                                                    **Case No: 6:22-cv-622-PGB-RMN**

**UNITED PARCEL SERVICE,**
**INC.,**

      **Defendant.**

                         /

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to Permit In-House Legal Counsel Aiten McPherson to Use Electronic Devices During Trial. (Doc. 96 (the "**Motion**")).

Upon consideration, the Court hereby **GRANTS** the Motion. Aiten McPherson may bring a laptop, charger, mouse, cell phone, and charger into the George C. Young Federal Annex Courthouse located at 401 West Central Blvd., Orlando, FL 32801.

Aiten McPherson shall present a copy of this Order to courthouse security each time she enters the courthouse with the electronic equipment specified above. In their discretion, courthouse security personnel may require Aiten McPherson to present photographic identification at the time of entry. The equipment specified above is the only equipment permitted by this Order and is subject to inspection at

any time by courthouse security personnel. This Order shall be effective during the trial scheduled to begin Tuesday, June 4, 2024.

**DONE AND ORDERED** in Orlando, Florida on May 23, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record