**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEITH N. MCKNIGHT,**

      **Plaintiff,**

**v.**                             **Case No: 6:22-cv-622-PGB-RMN**

**UNITED PARCEL SERVICE,**
**INC.,**

      **Defendant.**
_____/

## <u>ORDER</u>

This cause is before the Court on Defendant's Unopposed Motion to Permit Ryan J. Lowe to Bring and Use Electronic Devices Into Courtroom on May 28, 2024 (Doc. 97) and Defendant's Unopposed Motion to Permit Ryan J. Lowe to Bring and Use Additional Electronic Devices During Trial (Doc. 98).

Upon consideration, the Court hereby **GRANTS** the aforementioned motions. Ryan J. Lowe may bring the following electronic equipment into the George C. Young Federal Annex Courthouse located at 401 West Central Blvd., Orlando, FL 32801. On May 28, 2024, Ryan J. Lowe may bring two laptop computers with two corresponding charging cables, a mouse, a connecting cable, and a cell phone. During the trial scheduled to begin Tuesday, June 4, 2024, Ryan J. Lowe may bring a second laptop computer with a charging cable and a portable, wireless Wi-Fi device.

Ryan J. Lowe shall present a copy of this Order to courthouse security each time he enters the courthouse with the electronic equipment specified above. In their discretion, courthouse security personnel may require Ryan J. Lowe to present photographic identification at the time of entry. The equipment specified above is the only equipment permitted by this Order and is subject to inspection at any time by courthouse security personnel. This Order shall be effective on May 28, 2024, and during the trial scheduled to begin Tuesday, June 4, 2024.

**DONE AND ORDERED** in Orlando, Florida on May 28, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record